**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6679**

BRYANT ELLIOTT DAVIDSON,

             Plaintiff - Appellant,

      v.

STATE   OF   MARYLAND;   DEPARTMENT   OF   PUBLIC   SAFETY   AND
CORRECTIONAL SERVICES,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland,  at  Baltimore.    William  D.  Quarles,  Jr.,  District
Judge.  (1:08-cv-00524-WDQ)

Submitted:  July 30, 2009          Decided:  August 5, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Remanded by unpublished per curiam opinion.

Bryant Elliott Davidson, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Elliott Davidson seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The notice of appeal was received in the district court shortly after expiration of the appeal period. Because Davidson is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); Houston v. Lack, 487 U.S. 266 (1988). The record does not reveal when Davidson gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R. App. P. 4(c)(1) and Houston v. Lack. The record, as supplemented, will then be returned to this court for further consideration.

REMANDED